UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| MICHAEL DOMINIC SYLVESTER and | ) | |
| DAWN MARIE SYLVESTER | ) | Case No. 13-06990 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

| | | |
|---|---|---|
| MICHAEL DOMINIC SYLVESTER and | ) | |
| DAWN MARIE SYLVESTER, | ) | |
| | ) | |
| Plaintiffs. | ) | CASE NO. 13 A 00970 |
| v. | ) | |
| | ) | |
| Federal National Mortgage Association | ) | |
| ("Fannie Mae"), Safeguard Properties, | ) | |
| LLC | ) | |
| Defendants. | ) | |

ORDER DISMISSING SAFEGUARD PROPERTIES, LLC WITH PREJUDICE

IT IS ORDRERED:

Safeguard Properties, LLC is dismissed with prejudice.

Dated: July 7, 2015

_____
United States Bankruptcy Judge

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
847 564 0808